1

2

3

4            UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6

7    In re SOTO.                           Case No. 24-cv-04689-HSG

8                                          **ORDER OF DISMISSAL**

9

10

11

12

13           On August 2, 2024, the Court docketed a letter from Plaintiff.  Dkt. No. 1.  Because

14   Plaintiff appeared to be seeking action from the Court, the Court opened an action pursuant to this

15   filing. That same day, the Court sent Plaintiff deficiency notices, informing Plaintiff that the action

16   was deficient because he did not submit the proper case-initiating forms – (1) a civil rights

17   complaint on the civil rights complaint by prisoner form and (2) either the filing fee or an

18   application to proceed *in forma pauperis*.  Dkt. Nos. 2, 3. The Court sent Plaintiff a blank form

19   civil rights complaint by prisoner form and a blank *in forma pauperis* application form.  *Id.*  The

20   Court informed Plaintiff that, by August 31, 2024, he must submit both (1) a signed and completed

21   complaint on the proper form, and (2) either pay the filing fee or submit a signed and completed *in*

22   *forma pauperis* application, or this action would be dismissed without prejudice.  *Id.*  The deadline

23   to file a complaint on the proper form and to either pay the filing fee or submit an application to

24   proceed *in forma pauperis* has passed, and Plaintiff has not filed the required documents.

25   Accordingly, this action is DISMISSED for failure to submit a signed and completed complaint on

26   the proper form, and to file an *in forma pauperis* application or pay the filing fee.  The dismissal is

27   without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be

28   accompanied by both (1) a signed and completed complaint on the proper form; and (2) either the

United States District Court
Northern District of California

1    filing fee or an application to proceed *in forma pauperis*.  Judgment is entered in favor against

2    Plaintiff.  The Clerk shall close the case.

3          **IT IS SO ORDERED.**

4    Dated:     9/24/2024

5

6                           HAYWOOD S. GILLIAM, JR.
                           United States District Judge

United States District Court
Northern District of California